Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 19−15353−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Victoria L. Asturrizaga
  PO Box 192
  Quinton, NJ 08072

Social Security No.:
  xxx−xx−3861

Employer's Tax I.D. No.:

---

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- [x] Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- [ ] Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- [x] Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- [ ] Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- [ ] Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- [ ] Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- [ ] Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- [ ] Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- [ ] An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐ An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: February 6, 2024
JAN: lgr

                                                              Jeanne Naughton
                                                              Clerk

Case 19-15353-JNP    Doc 36    Filed 02/08/24    Entered 02/09/24 00:17:04    Desc Imaged
Certificate of Notice    Page 2 of 5

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 19-15353-JNP

Victoria L. Asturrizaga                                                            Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                    User: admin                                    Page 1 of 3
Date Rcvd: Feb 06, 2024                            Form ID: cscnodsc                          Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Victoria L. Asturrizaga, PO Box 192, Quinton, NJ 08072-0192 |
| 518123065 | + | Absolute Resolutions VI, LLC, 6602 El Cajon Boulevard, Suite 200, San Diego, CA 92115-2875 |
| 518123067 | | Atlantic ER Phys Team Ped, 435 Hurffville Cross Keys Rd, Turnersville, NJ 08012-2453 |
| 518123071 | + | Jefferson Health - New Jersey, 500 Marlboro Avenue, Cherry Hill, NJ 08002-2020 |
| 518123076 | + | Quinton Township Tax & Sewer Collector, PO Box 128, 885 Quinton Road, Quinton, NJ 08072-0128 |
| 518123078 | | South Jersey Health System Emergency, Physcan Services PA, 501 Front Street, Elmer, NJ 08318-2101 |
| 518724597 | + | The Township Of Quinton, P.O. Box 128, Quinton, NJ 08072-0128 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 06 2024 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 06 2024 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518242864 | | Email/Text: Bankruptcy@absoluteresolutions.com | Feb 06 2024 20:45:00 | ABSOLUTE RESOLUTIONS VI, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 518123066 | ^ | MEBN | Feb 06 2024 20:45:13 | ARS, 1643 NW 136th Ave., Bldg H, Ste 100, Fort Lauderdale, FL 33323-2857 |
| 518123068 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 06 2024 21:00:22 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518123069 | ^ | MEBN | Feb 06 2024 20:45:38 | Financial Recoveries, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 518123070 | | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Feb 06 2024 20:45:00 | HSBC Card Services, PO Box 80084, Salinas, CA 93912-0084 |
| 520081378 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 06 2024 20:45:00 | J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Servicing, P.O. Box 619094, Dallas, TX 75261-9094 |
| 520081379 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 06 2024 20:45:00 | J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Servicing, P.O. Box 619094, Dallas, TX 75261-9741, J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Servicing 75261-9094 |
| 518267729 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 06 2024 20:45:00 | JP MORGAN MORTGAGE ACQUISITION CORP., c/o Rushmore Loan Management Services, PO Box 52708, Irvine, CA 92619-2708 |
| 518123072 | + | Email/PDF: pa_dc_claims@navient.com | Feb 06 2024 21:21:07 | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 518262697 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | | |

Case 19-15353-JNP    Doc 36    Filed 02/08/24    Entered 02/09/24 00:17:04    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 06, 2024 | Form ID: cscnodsc | Total Noticed: 25 |

| | | Feb 06 2024 21:10:48 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
|---|---|---|---|
| 518123073 | Email/Text: EBN_Waco@Receivemorermp.com | Feb 06 2024 20:47:00 | PMAB, LLC, PO Box 12150, Charlotte, NC 28220-2150 |
| 518123074 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 06 2024 21:00:15 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518123075 | Email/Text: signed.order@pfwattorneys.com | Feb 06 2024 20:45:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518123077 | Email/Text: nsm_bk_notices@mrcooper.com | Feb 06 2024 20:45:00 | Rushmore Loan Management Services, Customer Service Department, PO Box 55004, Irvine, CA 92619-5004 |
| 518123079 | Email/Text: EDBKNotices@ecmc.org | Feb 06 2024 20:45:00 | US Department of Education, Direct Loan Servicing Center, PO Box 5609, Greenville, TX 75403-5609 |
| 518456128 | Email/Text: EDBKNotices@ecmc.org | Feb 06 2024 20:45:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |

TOTAL: 18

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2024                 Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com |
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Emmanuel J. Argentieri | on behalf of Creditor JP MORGAN ACQUISITION CORP. bk@rgalegal.com |
| Emmanuel J. Argentieri | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. bk@rgalegal.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 06, 2024 | Form ID: cscnodsc | Total Noticed: 25 |

Rex J. Roldan
    on behalf of Debtor Victoria L. Asturrizaga roldanlaw@comcast.net roldanlaw1@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8